B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>District of Connecticut | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Miller, David Anthony** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Miller, Dave** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**7068** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**177 Monticello Drive**<br>**Branford, CT**<br>ZIP CODE **06405** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**New Haven** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [ ] Full Filing Fee attached.
- [x] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (04/13)

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Miller, David |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed: District of Connecticut | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)    (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☑ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** <br> Miller, David |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X *[signed] David M* <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br> *(203) 997-5453* <br> Telephone Number (if not represented by attorney) <br> Date *6/14/15* | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X _____ <br> Signature of Attorney for Debtor(s) <br><br> _____ <br> Printed Name of Attorney for Debtor(s) <br><br> _____ <br> Firm Name <br><br> _____ <br> Address <br><br> _____ <br> Telephone Number <br><br> _____ <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)** | _____ <br> Address |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Authorized Individual <br><br> _____ <br> Printed Name of Authorized Individual <br><br> _____ <br> Title of Authorized Individual <br><br> _____ <br> Date | X _____ <br> Signature <br><br> _____ <br> Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Connecticut

In re Miller, David
    Debtor

Case No._____
    (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Page 2

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *[signature]*

Date: 6/14/15

Pella Products Inc
155 Main Street
Greenfield, MA 01301

Blackhawk Network
6220 Stoneridge Mall Rd
Pleasanton, CA 94588

GoBank
P.O. Box 1188
Monrovia, CA 91017

First USA
3 Christina Centre, 201 North Walnut Street
Wilmington, DE 19801

Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA 23541

Columbus Bank and Trust
1148 Broadway
Columbus GA 31901

Midland Credit Management Inc
8875 Aero Drive, Suite 200
San Diego, CA 92123

Geico
PO Box 55126
Boston, MA 02205-55126

Credit Collection Services
2 Wells Ave
Newton, MA 02459

Jim Waters Co
25 Grant Street
Bridgeport, CT 06610

Rings End Lumber
25 East Industrial Road
Branford, CT 06405

East Haven Building Supply
193 Silver Sands Rd
East Haven, CT 06512

Allied Building Products
1730 Commerce Dr
Bridgeport, CT 06605

ABC Supply Co Inc
1095 South Ave
Bridgeport, CT 06604

NES Rentals
8420 W Bryn Mawr Ave
Suite 310
Chicago, IL 60631

United Obligations
1771 Post Road East
Suite 150
Westport, CT 06880

Harvey Building Products
272 Woodlawn Road
Berlin, CT 06037

Capital One Bank
PO Box 85520
Richmond VA 23285

Public Storage
6 Summit Place
Branford, CT 06405

Homeadvisor fka Service Magic
14023 Denver West Pkwy
Bldg. 64
Golden, CO 80401

CMI Legal Forwarding Division
PO Box 28851
Philadelphia, PA 19151-0851

Town Of Branford
1019 Main Street
Branford, CT 06405

Home Depot
*2455 Paces Ferry Road*
*Atlanta GA 30339*

*Lowes*
*3391 Daniels Road*
Winter garden FL 34787

United Transactions
2811 Corporate Way
Miramar FL 33025

Networx
1203 16th St
Wheatland, WY 82201

Vengroff Williams Inc
PO Box 4155
Sarasota, FL 34230-4155

Hertz Equipment Rentals
PO Box 650280
Dallas, TX 75265

EOS CCA
700 Longwater Drive
Norwell, MA 02061

*QVC*
*1200 Wilson Dr.*
*West Chester PA 19380*

*AT & T*
*208 South Akard Street*
*Dallas, TX 75202*

*Taylor Rental*
*174 Cedar Street*
*Branford, CT 06405*

*RMS*
*77 Hartland Street Suite 401*
*PO Box 280431*
*East Hartford, CT 06128-0431*

*Hartford Insurance*
*One Hartford Plaza*
*Hartford, CT 06155*

*Allstate*
*2775 Sanders Road*
*Northbrook IL 60062*

*McCarthy, Burgess & Wolf*
*26000 Cannon Rd*
*Cleveland, Ohio 44146*

*Deluxe for Business*
**3680 Victoria Street North**
**Shoreview, MN 55126-2966**

*United Credit Services Inc*
*PO Box 361*
*132 Central Street*
*Foxboro, MA 02035-0381*

*West Haven Lumber*
*741 Washington Ave*
*West Haven CT 06516*

*Planet Fitness*
*469 E Main Street*
*Branford CT 06405*

*RJM Acquisitions LLC*
*575 Underhill BLVD*
*Suite 224*
*Syosset, NY 11791-4437*

*TD Bank*
*P.O. Box 1377*
*Lewiston ME 04240*

*Sunbelt Rentals*
*PO Box 409211*
*Atlanta, GA 30384-9211*

*All Waste*
*PO Box 2472*
*Hartford, CT 06146*

*RPM*
*20816 44th Ave W*
*Lynnwood, WA 98036*

*T Mobile*
*12920 SE 38th Street*
*Bellevue WA 98006*

*A Plus Building Products*
*171 McDermott Road*
*North Haven, CT 06473*

*Paul Miller*
*1080 Mill Hill Terrace*
*Southport, CT 06890*

*Allied Collection Service*
*8550 Balboa Blvd*
*Suite 232*
*Northridge, CA 91325*

*Nutribullet LLC*
*<u>11755 Wilshire Blvd</u>*
*<u>Los Angeles, CA 90025</u>*

*Amsher Collection Services*
*600 Beacon Pkwy w*
*Ste 300*
*Birmingham, AL 35209*

*Capital One*
*PO Box 30281*
*Salt Lake City, UT 84130*

*Credit One Bank*
*PO Box 98873*
*Las Vegas, NV 89193*

*First Premier Bank*
*601 S Minnesota Ave*
*Sioux Falls, SD 57104*

*Midland Funding*
*8875 Aero Dr*
*Ste 200*
*San Diego, CA 92123*

*Tribute MasterCard*
*P.O. Box 105555*
*Atlanta, GA 30348-5555*

*Pinnacle Credit Services*
*7900 Highway 7 # 100*
*Saint Louis Park, MN 55426*

*Verizon*
*140 West Street*
*New York, NY 10007*

*Real Time Resolutions*
*1750 Regal Row Ste N*
*Dallas TX 75235*

*Southwest Credit Systems*
*4120 International Pkwy #1100*
*Carrollton TX 75007*

*Comcast*
*One Comcast Center*
*Philadelphia, PA 19103-2838*

*Michelson Insurance*
<u>*1 Evergreen Ave, #11*</u>
<u>*Hamden, CT 06518*</u>

*O & G Industries Inc*
*112 Wall Street*
*Torrington, CT 06790*

*IC Systems Inc*
*PO Box 64378*
*Saint Paul, MN 55164*

*Credit Coll*
*PO Box 9134*
*Needham, MA 02494*

*Chase Rec*
*1247 Broadway*
*Sonoma, CA 95476*

*UNV Fidlty*
*1445 Langham Creek*
*Houston TX 77084*

*GMAC*
*PO Box 380901*
*Bloomington, MN 55438*

*Green Tree*
*PO Box 6172*
*Rapid City, SD 57709*

*Plains Commerce Bank*
*PO Box 89940*
*Sioux Falls, SD 57109*

*Seventh Ave*
*1112 7th Ave*
*Monroe, WI 53566*

*UI*
*Marsh Hill Rd*
*Orange, CT 06477*

*Convergent*
*800 SW 39th St*
*PO Box 9004*
*Renton, WA 98057*

*Optimum*
*1111 Stewart Ave*
*Bethpage, NY 11714*

Case 15-31001    Doc 1    Filed 06/15/15    Entered 06/15/15 11:03:54    Desc Main
                    Document      Page 14 of 15

*NCS*
*729 Miner Rd*
*Cleveland, OH 44143*

*Overhead Door*
*29 Flax Mill Rd*
*Branford CT 06405*

*Datasphere*
3350 161st Ave SE
Bellevue, WA 98008

Westview Company
275 Tanner Marsh Rd
   Guilford, CT 06437

Stock Building Supply
193 Silver Sands Rd
East Haven, CT 06512

Bridgeport Lumber
1460 Barnum Ave
Bridgeport CT 06610

Certegy Check Services
PO Box 30046
Tampa FL 33630

Telecheck
PO Box 4451
Houston TX 77210

Yale New Haven Hospital
20 York St
New Haven CT 06510

Simple
PO Box 15329
Wilmington DE 19885

Enterprise
155 West Main Street
Branford CT 06405

Nationwide Insurance
One Nationwide Plaza
    Columbus, Ohio 43215-2220

Progressive Insurance
6300 Wilson Mills Rd.
Mayfield Village, Ohio 44143

Green Tree Servicing
PO Box 6172
Rapid City, SD 57709-6172

**CENTURION CAPITAL CORP.**
800 3rd Ave #39
New York, NY 10022

Matt Perett dba CT Gutter Systems
43 Cooper Ave
Milford CT 06460

**SCAN ASSOCIATES, INC.**
29 Flax Mill Rd
Branford CT 06405

**Peridontics PC**
730 Main Street
Branford CT 06405

PAYPAL
2211 N 1ST ST
SAN JOSE, CA 95131